No. 44, Misc.  PANNELL v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 45, Misc.  HENDERSHOT v. STEINER, WARDEN. Baltimore City Court of Maryland.  Certiorari denied.

No. 47, Misc.  GIOVENGO v. PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 48, Misc.  SMITH v. UNITED STATES.  United States Court of Appeals for the District of Columbia, Circuit. Certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin* for the United States.

No. 49, Misc.  MAJESKE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *A. L. Wirin* and *Fred Okrand* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *Theodore George Gilinsky* for the United States.

No. 50, Misc.  CURTIS v. UNITED STATES.  Court of Claims.  Certiorari denied.  *Arthur S. Curtis,* petitioner, *pro se.*  *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 61, Misc.  RODRIGUEZ v. CALIFORNIA.  District Court of Appeal of California, Second Appellate District. Certiorari denied.  *Fred Okrand* for petitioner.  *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondent.